IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| RONALD L. STRALEY and wife,<br>MARY STRALEY, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 2:10-cv-2 |
| Vs. | ) ) | AMENDMENT TO COMPLAINT |
| THOMAS LOGISTICS, LLC,<br>D/B/A SPS MOVING, BEKINS<br>VAN LINES, LLC, and VANLINER<br>INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

NOW COME the Plaintiffs, by and through counsel, pursuant to Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure, and amend their Complaint by adding the following additional cause of action:

CLAIM UNDER THE CARMACK AMENDMENT
49 U.S.C. §14706

1. The Plaintiffs reallege and incorporate herein by reference as though set forth herein verbatim, Paragraphs 1 through 14 of their Complaint.

2. The possessions of Plaintiffs were in good condition when placed in the custody of and entrusted to Thomas.

3. The Plaintiffs filed a written claim within nine (9) months of the date of the delivery of the property.

WHEREFORE, the Plaintiffs renew their prayer for relief as set forth in the Complaint.

January 27, 2010                    s/Joseph M. Collins_____
                                    Joseph M. Collins (N.C. Bar # 14075)
                                    Collins & Hensley, P.A.
                                    217 Iotla Street
                                    Franklin, North Carolina 28734
                                    (828) 524-0017
                                    (828) 524-0024 (facsimile)
                                    Email:  collinsandhensley@verizon.net

                                    Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| RONALD L. STRALEY and wife, ) | | |
| MARY STRALEY, ) | | |
| ) | | |
| Plaintiffs, ) | C.A. No. 2:10-cv-2 | |
| ) | | |
| Vs. ) | CERTIFICATE OF SERVICE | |
| ) | | |
| THOMAS LOGISTICS, LLC, ) | | |
| D/B/A SPS MOVING, BEKINS ) | | |
| VAN LINES, LLC, and VANLINER ) | | |
| INSURANCE COMPANY, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |
| _____) | | |

I hereby certify that on 27 January 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served opposing counsel with the foregoing document by using the CM/ECF system, as follows:

Casper Fredric Marcinak , III
Attorney at Law
fredric.marcinak@smithmoorelaw.com

s/Joseph M. Collins_____

Joseph M. Collins