# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:10 CV 002

| | |
|---|---|
| RONALD L. STRALEY and MARY STRALEY, ) ) ) | |
| Plaintiffs ) ) | |
| V ) ) | ORDER |
| THOMAS LOGISTICS, LLC., et al, ) ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Allen Mills' Application for Admission to Practice *Pro Hac Vice* of Lawrence J. Roberts. It appearing that Lawrence J. Roberts is a member in good standing with the Florida Bar and will be appearing with Allen Mills, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Allen Mills' Application for Admission to Practice *Pro Hac Vice* (#14) of Lawrence J. Roberts is **GRANTED**, and that Lawrence J. Roberts is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Allen Mills.

Signed: March 29, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge